Certificate Number: 05781-GAN-DE-041301236

Bankruptcy Case Number: 26-58519

05781-GAN-DE-041301236

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 7, 2026, at 6:29 o'clock PM PDT, Camron Starks completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: August 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President